# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVATORE J. INFANTINO, : | |
| Plaintiff : | **CIVIL ACTION NO. 3:12-2539** |
| : | |
| v. : | |
| : | **(JUDGE MANNION)** |
| WEST WYOMING BOROUGH and THOMAS J. ROCCOGRANDI, : | |
| Defendants : | |

## ORDER

Presently before the court are motions to dismiss filed by Defendant West Wyoming Borough, (Doc. No. 7), and Defendant Thomas J. Roccograndi, (Doc. No. 31). For the reasons stated in the Memorandum of this date, each motion is **GRANTED in Part and DENIED in Part** as follows:

**(1)** Count II of the plaintiff's complaint, alleging violations of the First Amendment to the United States Constitution, is **DISMISSED** in its entirety;

**(2)** The plaintiff's claim of an unreasonable seizure in violation of the Fourth Amendment is **DISMISSED**;

**(3)** Any claims arising under the Fifth Amendment are **DISMISSED**;

**(4)** Any claims arising under the Fourteenth Amendment are **DISMISSED**;

In all other respects the motions are **DENIED**.

                                      s/ *Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**

**DATED: July 31, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-2539-02-order.wpd